■ In the Matter of DIONISIO CRUZ et al., Appellants, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, and ANGEL

ALVARADO et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on or about August 23, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Markewich, Sandler and Sullivan, JJ.